JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT CARLSON, | Case No. 2:24-cv-06573-FLA (Ex) |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, FCC LOMPOC, | |
| Defendant. | |

It is ADJUDGED that the Petition (Dkt. 1) is DENIED and DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: January 27, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge